MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYBN 2468254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Facsimile:  (510) 637-3724
   E-mail: maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00658 DLJ |
|    Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. ) | |
| JIMMY KYUAK, ) | |
|    Defendant. ) | |

Defendant Jimmy Kyuak is charged in a one-count indictment with illegal money transmitting, in violation of Title 18, United States Code, Section 1960(a) and (b).  On September 23, 2010, defendant appeared for an arraignment before this Court.  This Court set the matter for a status hearing on October 7, 2010, at 10:00 a.m.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 23, 2010 to October 7, 2010, in light of the need for defense counsel to investigate this matter and review discovery.  Given these circumstances, the Court found that the ends of justice served by excluding the period from September 23, 2010, to October 7, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

     IT IS HEREBY ORDERED that:

1   With the consent of defendant Kyuak, the period from September 23, 2010, to
2 October 7, 2010, is excluded from the Speedy Trial Act calculations for the effective preparation
3 of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5 IT IS SO ORDERED

7 DATED: September 30, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
No. CR-10-00658 DLJ