**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**JIMMY KYAUK**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JIMMY KYAUK,<br><br>　　　　　Defendant. | CASE NO.: CR10-00658-1-DLJ<br><br>**APPLICATION FOR PERMISSION FOR DEFENDANT TO LEAVE NORTHERN DISTRICT JURISDICTION; ORDER THEREON** |

DEFENDANT JIMMY KYAUK, hereby applies for permission to travel.

This application is based upon the instant application and [proposed] order, as well as the declaration of Alex R. Kessel attached hereto. The District Court previously issued an order allowing travel but defendant was unable to travel for dates permitted. This request only changes the dates requested for travel.

DATED: April 8, 2011                             Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Alex R. Kessel
　　　　　　　　　　　　　　　　　　　　　　　ALEX R. KESSEL
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JIMMY KYAUK

1

### **DECLARATION OF ALEX R. KESSEL, ESQ.**

I, ALEX R. KESSEL, ESQ., declare:

1. I am an attorney at law licensed to practice law in all the courts of the State of California. I am licensed to practice law in the United States District Court for the Northern District of California.

2. I am the attorney of record for defendant Jimmy Kyauk in the above-referenced matter.

3. Defendant Jimmy Kyauk's was sentenced to probation on March 11, 2011.

4. Defendant Jimmy Kyauk's brother recently passed away in Burma. Defendant requests permission to travel to Burma to attend his brother's funeral services from April 10, 2011 to April 27, 2011.

5. My secretary has confirmed AUSA Maureen Bessette has no objection to defendant's travel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2011, at Encino, California.

                        /s/ Alex R. Kessel
                        ALEX R. KESSEL, ESQ., Declarant

### **ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 4/8/11

                        JUDGE SAUNDRA B. ARMSTRONG FOR
                        SENIOR JUDGE D. LOWELL JENSEN,
                        UNITED STATES DISTRICT COURT